# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>            Plaintiff,<br><br>    v.<br><br>MASCOT, LLC,<br><br>            Defendant. | Case No.  1:20-cv-01739-NONE-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 7)<br><br>THIRTY DAY DEADLINE |

On February 10, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.  (ECF No. 7.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **February 11, 2021**

UNITED STATES MAGISTRATE JUDGE

1