# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>            Plaintiff,<br><br>      v.<br><br>MASCOT LLC,<br><br>            Defendant. | Case No.  1:20-cv-01739-NONE-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME FOR PLAINTIFF TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF Nos. 9, 10)<br><br>DEADLINE:  APRIL 2, 2021 |

On March 16, 2021, an order was filed requiring Plaintiff George Avalos to show cause why monetary sanctions should not issue for the failure to comply with a February 11, 2021 order to file dispositive documents within thirty days.  (ECF No. 9.)  On March 19, 2021, Plaintiff filed a response to the order to show cause.  (ECF No. 10.)

Having reviewed Plaintiff's response to the order to show, IT IS HEREBY ORDERED that:

1. The March 16, 2021 order to show cause is DISCHARGED;

2. Plaintiff shall file dispositive documents on or before April 2, 2021; and

///

///

///

1

3. Plaintiff is advised that any further failure to comply with court orders by Plaintiff in this or any other case may result in the issuance of monetary sanctions.

IT IS SO ORDERED.

Dated: **March 22, 2021**

UNITED STATES MAGISTRATE JUDGE

2